**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2018-CA-1551

Michael M. Mulkey, Sr.

- - Versus - -

Century Indemnity Company, Petroleum Casualty
Company, James Ralph Vannoy, R.H. Bretz, Ralph F.
Howie, and Joseph D. Midwikis

19th Judicial District Court
Case #: 628667
East Baton Rouge Parish

On Application for Rehearing filed on 08/21/2019 by Exxon Mobil Corporation
Rehearing _____ Denied _____


Jewel E. "Duke" Welch

Wayne Ray Chutz

Walter I. Lanier III


Date _____ AUG 2 9 2019 _____

_____

Rodd Naquin, Clerk